1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ODELL GROOMS
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8936
      Facsimile:  (415) 744-0134
7     E-Mail: odell.grooms@ssa.gov

8  Attorneys for Respondent

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11                   **FRESNO DIVISION**

12

13 PAUL W. ANGEVINE,                )
                                    )   CASE NO. 1:09-cv-01496 GSA
14         Appellant,                )
                                    )
15         v.                        )   STIPULATION AND ORDER
                                    )
16 MICHAEL J. ASTRUE,               )
   Commissioner of                  )
17 Social Security,                 )
                                    )
18         Respondent.               )
   _____  )

19

20     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21 attached Order, that Respondent shall have an extension of time of 30 days in which to respond to

22 Appellant's Opening Brief due to the absence of assigned counsel's absence from the office on official

23 duty.  The current due date is May 5, 2010.  The new due date will be June 4, 2010.

24 ///

25 ///

26 ///

27 ///

28 ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: May 7, 2010

Respectfully submitted,
*/s/ Lawrence D. Rohlfing*
(via email authorization)
LAWRENCE D. ROHLFING
Attorney for Appellant

Dated: May 7, 2010

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Odell Grooms*
ODELL GROOMS
Special Assistant United States Attorney

Attorneys for Respondent

**ORDER**

IT IS SO ORDERED.

Dated: **May 7, 2010**          **/s/ Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE