```
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (415) 744-0134
```

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANGEVINE, | ) Case No. 1:09-CV-01496-GSA |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND PROPOSED ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a **SECOND** extension of time of 30 days to respond to Plaintiff's opening brief [Docket No. 11]. Because the originally-assigned Assistant Regional Counsel had to take a last-minute case within his expertise, this case has been reassigned to a recently-hired Assistant Regional Counsel, who will require additional review. The current due date was June 4, 2010. The new due date will be July 4, 2010.

1    The parties further stipulate that the Court's Scheduling
2 Order shall be modified accordingly.
3
4 DATE:   6/4/10                /s/ Lawrence D. Rohlfing (as authorized by e-mail dated June 3, 2010)
5
  LAWRENCE D. ROHLFING
6 Attorney at Law

7 Attorney for Plaintiff

8
9 DATE:   6/4/10                BENJAMIN B. WAGNER
   United States Attorney
   LUCILLE GONZALES MEIS
10 Regional Chief Counsel, Region IX

11                         By:  /s/ Leo R. Montenegro
   LEO R. MONTENEGRO
12 Special Assistant U.S. Attorney

13 Attorneys for Defendant

14
15
16                              **ORDER**
17
   IT IS SO ORDERED.
18
   **Dated:   June 8, 2010**             **/s/ Gary S. Austin**
19                              UNITED STATES MAGISTRATE JUDGE

Stip & Proposed Order Re Ext of Def.'s Time, 1:09-CV-01496-GSA           Page 2