UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL W. ANGEVINE,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>  Defendant. | 1:09-cv-01496 GSA<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>(Document 24) |

On March 17, 2011, Plaintiff Paul W. Angevine filed a timely[1] notice of appeal following judgment entered for Defendant Michael J. Astrue, Commissioner of Social Security, on December 17, 2010. (*See* Doc. 20.) That same date, Plaintiff filed an application to proceed in forma pauperis to avoid having to pay the required filing fee in the Ninth Circuit Court of Appeals. (Doc. 24.) Because Plaintiff was previously granted in forma pauperis status (Doc. 4) and because his latest filing indicates he should be permitted to proceed without prepayment of fees, the motion is GRANTED.

---

[1] Plaintiff was previously granted an extension of time within which to file the notice of appeal. (Doc. 23.)

1

1     Plaintiff is advised that his appeal has been processed to the Ninth Circuit Court of Appeals
2 for further handling.
3     Finally, the Clerk of the Court is directed to terminate Plaintiff's former attorney, Lawrence
4 D. Rohlfing, from receiving further notice from the CM/ECF system, as it is clear from the record
5 that Mr. Rohlfing is not representing Plaintiff for purposes of the appeal.

7   IT IS SO ORDERED.
8   **Dated:  March 22, 2011**        /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE