UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL W. ANGEVINE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | **1:09-cv-01496 GSA**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS ACTION** |

On August 20, 2009, Plaintiff filed a complaint seeking a review of a final decision of the Commissioner of Social Security ("Commissioner") denying of his applications for disability insurance benefits and supplemental security income benefits pursuant to Titles II and XVI of the Social Security Act. (Doc. 1)  On December 17, 2010, this Court issued an order and judgment affirming the Commissioner's decision. (Docs. 19 & 20).

Plaintiff timely filed an appeal with the Ninth Circuit Court of Appeals. (Docs. 23 and 25). On October 16, 2013, the Ninth Circuit Court of Appeals issued a Memorandum reversing the judgment of this Court with instructions that the case be remanded to the ALJ for a proper

1

review of Plaintiff's mental impairments.[1] (Doc. 32).  A mandate was issued on December 11, 2013. (Doc. 33). On December 18, 2013, this Court issued an order remanding the case consistent with the mandate issued by the Ninth Circuit. (Doc. 34).  Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 14, 2014**                             **/s/ Gary S. Austin**
                                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Court of Appeals noted that Plaintiff's arguments regarding his mental impairment had not been raised before this Court, but permitted Plaintiff to raise the issue on appeal.  (Doc. 52-1, pgs. 2-3).

2